

NUMBER 13-08-00323-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

DELIA GORENA,                                                                   APPELLANT,

v.

BETRESSA BLACKWELL AND
JESSICA LYNN BLACKMAN,                                                    APPELLEES.

On Appeal from the 36th District Court
of San Patricio County, Texas.

# MEMORANDUM OPINION

**Before Justices Yanez, Garza, and Vela
Memorandum Opinion Per Curiam**

Appellant, Delia Gorena, perfected an appeal from a judgment rendered against her

in favor of appellee, Betressa Blackwell and Jessica Lynn Blackman.[1]   On May 20, 2009,

---

1 On October 16, 2008, this Court issued a memorandum opinion dismissing this appeal.  *See Gorena v. Blackwell*, No. 13-08-00323-CV, 2008 Tex. App. LEXIS 7893 (Tex. App.–Corpus Christi Oct. 16, 2008, no pet.).  On February 9, 2009, this Court issued an order granting appellant's motion for rehearing and withdrawing our previous opinion and judgment issued in this cause.  The appeal remains pending before the Court.

the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on June 5, 2008, and that the deputy clerk, Ernestina Roblez, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Memorandum Opinion delivered
and filed this the 2nd day of July, 2009.